UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TORO,

                Plaintiff,

- against -

HOBBY GAMED DISTRIBUTION, INC.,

                Defendant.

---

22-cv-6547 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for October 6, 2022, at 2:30 p.m., is canceled.

SO ORDERED.

Dated:    New York, New York
           September 28, 2022

                                        John G. Koeltl
                                United States District Judge