UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

             Plaintiff,

     - against -

HOBBY GAMES DISTRIBUTION, INC.,

             Defendant.

22-cv-6547 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **October 26, 2022**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
            October 13, 2022

                                                    John G. Koeltl
                                      United States District Judge