# BARCLAY DAMON LLP

**Ross M. Greenky**
*Counsel*

October 27, 2022

**VIA CM/ECF**

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
11/3/22

Re:   Andrew Toro et al. v. Hobby Games Distribution, Inc.
        Civil Action No. 1:22-cv-6547

Dear Judge Koeltl:

Barclay Damon LLP was recently retained to represent Hobby Games Distribution, Inc. ("Defendant") in the above-referenced matter.

The deadline to answer or otherwise respond to the complaint is November 1, 2022. We respectfully request an extension of that deadline until November 22, 2022 in order to allow us time to review the Complaint and consult with our client. Plaintiff's counsel graciously consented to this extension request.

Please note, this is Defendant's first such request of this Court for an extension of time.

Thank you for your consideration.

Respectfully submitted,

*/s/ Ross M. Greenky*

Ross M. Greenky

cc:   All Counsel of Record (via CM/ECF)