**BARCLAY DAMON**[LLP]

**Ross M. Greenky**
*Counsel*

November 18, 2022

**VIA CM/ECF**

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Andrew Toro et al. v. Hobby Games Distribution, Inc.
              Civil Action No. 1:22-cv-6547

Dear Judge Koeltl:

      As you are aware, Barclay Damon LLP represents Hobby Games Distribution, Inc. ("Defendant") in the above-referenced matter.

      We write, with Plaintiff's consent, to respectfully request an additional extension of time to answer, move, or otherwise respond to the Complaint until December 22, 2022. As a basis for this request, the Parties are in negotiations to resolve this matter. The current deadline for Defendant to respond to the Complaint is November 22, 2022.

      Please note, this is Defendant's second such request of this Court for an extension of time, and the first request was granted by the Court on November 3, 2022. *See* Dkt. No. 9.

      Thank you for your consideration.

      Respectfully submitted,

      */s/ Ross M. Greenky*

      Ross M. Greenky

cc:    All Counsel of Record (via CM/ECF)