UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br>HOBBY GAMES DISTRIBUTION, INC.<br><br>      Defendant. | Case No. 1:22-cv-6547<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
    January 19, 2023

                Respectfully Submitted,

                **/s/ Mars Khaimov**
        By: Mars Khaimov, Esq.
          108-26 64th avenue, Second Floor
          Forest Hills, New York 11375
          Tel (929) 324-0717
          Fax (929) 333-7774
          Email: mars@khaimovlaw.com
          *Attorney for Plaintiff*